AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 17 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:17mj 13-JCG |
| Robert Espinal, Jr. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 16, 2017__ in the county of __Harrison__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Illegal Transportation or Moving of an Alien |

This criminal complaint is based on these facts:

See Affidavit, which is attached and incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Holly Krantz, DHS Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/17/2017

_____
*Judge's signature*

City and state: Gulfport, MS

John C. Gargiulo, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

STATE OF MISSISSIPPI             )
COUNTY OF HARRISON               :
SOUTHERN DISTRICT OF MISSISSIPPI )

I, Holly Krantz, being first duly sworn, hereby depose and say that:

1. Affiant, Holly Krantz, is a Special Agent (SA) with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), where she has served for approximately seven (7) years. She is a graduate of the Federal Law Enforcement Training Center. SA Krantz also has approximately ten (10) years of experience as a law enforcement officer with the State of Mississippi working with the Picayune Police Department, the Gulfport Police Department, and the Pearl River Basin Narcotics Task Force. SA Krantz also is a graduate of the Southern Regional Public Safety Institute in Long Beach, Mississippi, and is certified as a State of Mississippi law enforcement officer. Additionally, SA Krantz is a graduate of the University of Southern Mississippi with a Bachelor of Arts degree majoring in criminal justice. SA Krantz has received specialized training with immigration investigations and has previously worked numerous immigration investigations involving the apprehension of immigration violators.

2. On 02/16/2017, D'Iberville Police Department officer, Gene Dedeaux, conducted a probable cause traffic stop for careless driving involving a Kia Sorento, Florida tag-GGZP11, on I-10 east bound mile marker 46. Officer Dedeaux encountered United States citizen driver, Robert Espinal Jr. Officer Dedeaux observed eight unidentified Hispanics passengers, six males and two females. Officer Dedeaux did not speak Spanish and contacted the Blue Lightning Operation Center. HSI SA Krantz responded along with US Border Patrol Agents (BPA), Todd Holland and Jorge Rodriguez to interview the driver and occupants.

3. BPA Holland and Rodriguez interviewed the occupants as to their citizenships. BPA Holland and Rodriguez determined all eight occupants did not have proper documents and were illegally present in the United States. SA Krantz determined that the occupants were being smuggled by Mr. Espinal Jr. Officer Dedeaux issued Mr. Espinal Jr. a D'Iberville Police Department traffic citation for careless driving. All occupants of the vehicle were arrested and transported to the Gulfport Border Patrol Station in Gulfport, Mississippi.

4. The passengers were identified as the following Hector ALVARADO-PORTILLO (AKA Hector ALVARADO-PORTIILO), DOB-09/23/1982, A-094 007 734, citizen of El Salvador; Maria GUSANUEVA-CARMANA (AKA Maria CUSANERO-CARMONO), DOB-03/02/1990, A-208 892 537, citizen of Guatemala; Priscila MARTINEZ-RODRIGUEZ, DOB-03/01/1996, A-209 836 145, citizen of El Salvador; Lucas DE OLIVEIRA, DOB-04/04/1997 (AKA 04/07/1997), A-208 549 765, citizen of Brazil; Ricardo CRUZ-ALFONSO, DOB-02/07/1985, A-208 549 764, citizen of Mexico; Nixon Ivan GOMEZ-MENJIVAR, DOB-05/27/1998, A-208 549 762, citizen of El Salvador; Mauricio QUINTANILLA-VIGIL, DOB-06/09/1997, A-208 549

1

763, citizen of El Salvador; Wagner Waldemar RUIZ-RUIZ, DOB-09/16/1996, A-208 549 766, citizen of Guatemala.

5. At the Gulfport, MS Border Patrol Station Mr. Espinal Jr. was interviewed by HSI SA Lee Robinson and SA Jason Elder. Mr. Espinal Jr. was given his Miranda Warning Rights by SA Elder. Mr. Espinal Jr. verbally agreed to speak with both agents. During the interview, Mr. Espinal Jr. told agents he borrowed $5,000.00 from an individual in Houston, Texas. Mr. Espinal Jr. agreed to pay back $10,000.00. Mr. Espinal Jr. told agents he communicated with the unknown male via cellphone. In late January 2017, Mr. Espinal Jr. received a call advising he needed to start transporting people to Miami and get $300.00 a person taken off his debt. Mr. Espinal Jr. advised he knew they were illegal aliens. That trip, Mr. Espinal Jr. transported five illegal aliens to Florida. Mr. Espinal Jr. told agents he received another telephone on Tuesday, February 14th, to pick this group of eight illegal aliens and transport them to Miami. Mr. Espinal Jr. picked up the aliens and brought them to his residence 7111 Hillcroft Avenue, Apartment 407, Houston, Texas overnight. Mr. Espinal Jr. began his trip on Wednesday evening at approximately 1900 hours. Mr. Espinal Jr. admitted he knew he was doing something illegal and didn't think it all the way thru.

6. Based on the aforementioned facts and circumstances, your affiant believes there is probable cause that Mr. Espinal Jr. is in violation of 8 USC 1324 Transporting Illegal Aliens.

*[signature]*
Holly Krantz
Special Agent
Homeland Security Investigations

Sworn to before me this
17th day of February, 2017

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF MISSISSIPPI