AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Robert Espinal, Jr.<br>*Defendant* | ) ) ) Case No. 1:17mj 13-JCG ) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Robert Espinal, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1324(a)(1)(A)(ii) - Illegal Transportation or Moving of an Alien

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 22 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

Date: 02/17/2017

_____
*Issuing officer's signature*

City and state:  Gulfport, Mississippi         John C. Gargiulo, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/17/17 , and the person was arrested on *(date)* 2/16/17
at *(city and state)*  Gulfport, MS .

Date: 2/17/17

_____
*Arresting officer's signature*

Holly C. Krantz  Special Agent
*Printed name and title*